LEO J. RYAN, Appellant, *v.* PHOENIX MUTUAL LIFE INSURANCE COMPANY, Respondent.

Argued January 17, 1944; decided March 2, 1944.

*Jonas J. Shapiro, Jerome Handler* and *Milton Ross* for appellant.

*William F. Bleakley* and *Roswell P. C. May* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.